IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MJ-334-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| JUSTIN LAMONT JOHNSON, | ) | |
| Defendant. | ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Mecklenburg County Jail, 801 E. 4th Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Justin Lamont Johnson, PID # 500846, B/M, DOB 06/13/2004, detained in your facility, under safe and secure conduct, brought before the Honorable __David Keesler__, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before __1/5/2026__ at __10:00__ am/~~pm~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

Signed: December 15, 2025

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge